<pre>
1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   AARON LAMONT STRIBLING,                 No. 2:18-cv-01085-TLN-KJN
12                  Plaintiff,
13          v.                               ORDER
14   M. UDDIN, et al.,
15                  Defendant.
16
</pre>

On December 3, 2018, Plaintiff filed a request for reconsideration of the magistrate judge's order filed November 14, 2018, (ECF No. 11) dismissing Plaintiff's amended complaint with leave to amend. (ECF No. 12.) Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration (ECF No. 12), the order of the magistrate judge filed November 14, 2018, is affirmed. Plaintiff shall comply with the November 14, 2018, order and file a second amended complaint within thirty days from the date of this order. Failure to file a second amended complaint in accordance with the November 14, 2018, may result in dismissal of this action.

///

Dated: January 25, 2019

Troy L. Nunley
United States District Judge