UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. UDDIN, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-1085 TLN KJN P<br><br>FINDINGS & RECOMMENDATIONS |

By order filed November 14, 2018, plaintiff's amended complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff sought reconsideration by the district court. On January 25, 2019, the district court affirmed the order and granted plaintiff an additional thirty days in which to file a second amended complaint. That thirty-day period has now expired, and plaintiff has not filed a second amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 5, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/stri1085.fta